United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1473
_____

Joe Brasfield, Sr.,                              *
                                                 *
              Appellant,                         *
                                                 *
       v.                                        *
                                                 * .
State of Arkansas; Desha County,                 *
Arkansas; Skippy Leek; Sam Pope;                 *
Leo Bottom; Wayne Bottom Farm, Inc.;   * Appeal from the United States
E. C. Tatum Farm, Inc.; Fred Pittman   * District Court for the Eastern
Farm, Inc.; Willie Dean Tatum Farm,    * District of Arkansas.
Inc.; Marion Gill; Martin Walt; David             *
Walt; Martin Lee Walt Farm, Inc.;                 *
Glenn Lambert Farm, Inc.; Clyde                   *
Love Farm, Inc.; Don Smith; Joe                   *
Grayson; David Garrett; Wayne Beaty;             *
Jean Ellington; United States of                  *
America,                                          *      [UNPUBLISHED]
                                                  *
              Appellees.                          *

_____

Submitted: December 30, 1997
Filed: January 14, 1998

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Joe Brasfield, Sr. appeals the district court's[1] orders dismissing his civil rights complaint for failure to state a claim. Having carefully reviewed the record and the parties' submissions, we agree Brasfield's complaint fails to state a claim against any of the named defendants. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

Brasfield's pending motions are denied as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.